AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| NELSON FERNANDEZ, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  9:22-cv-81512-AMC |
| LITE USA HOLDINGS, INC. d/b/a LITE STORE USA, a Florida for-profit corporation, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LITE USA HOLDINGS, INC.
d/b/a LITE STORE USA,
a Florida for-profit corporation,
c/o Registered Agent:Cynthia J.Jackson
4400 PGA Blvd Ste 603
Palm Beach Gardens, Fl 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Office of Pelayo Duran, PA
4640 NW 7th St.
Miami, FL 33126

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Sep 30, 2022



Angela E. Noble
Clerk of Court

SUMMONS

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts