# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 9:22-CV-81512-AMC

Plaintiff:
**NELSON FERNANDEZ,**

vs.

Defendant:
**LITE USA HOLDINGS, INC.
d/b/a LITE STORE USA,
a Florida for-profit corporation,**

For:
Pelayo M. Duran, Esq.
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7th Street
Miami, FL 33126

Received by Civil Process LLC on the 30th day of September, 2022 at 3:42 pm to be served on **LITE USA HOLDINGS, INC. d/b/a LITE STORE USA, a Florida for-profit corporation, c/o Registered Agent:Cynthia J.Jackson, 4400 Pga Blvd Ste 603, Palm Beach Gardens, FL 33410**.

I, Nixon Fleurimond, do hereby affirm that on the **5th day of October, 2022** at **11:50 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons, Complaint, Composite Exhibit A, Preservation Letter, Administrative Charge** with the date and hour of service endorsed thereon by me, to: **Cynthia Jackson** as **Registered Agent** at the address of: **4400 Pga Blvd Ste 603, Palm Beach Gardens, FL 33410** on behalf of **LITE USA HOLDINGS, INC. d/b/a LITE STORE USA, a Florida for-profit corporation,**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 170, Hair: Light Brown, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true. I am over the age of eighteen, have no interest in the above action and am a Certified Process Server in good standing in the circuit in which service was effected in accordance with State Statutes.

*/s/ Nixon Fleurimond*

**Nixon Fleurimond**
CPS #1316

**Civil Process LLC
7350 NW 77th Street
Medley, FL 33166
(305) 375-9111**

Our Job Serial Number: CPP-2022001321
Ref: Fernandez v. Lite USA Holdings, Inc

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

