# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**NELSON FERNANDEZ,**

                          **Case No.** 9:22-cv-81512-AMC

    Plaintiff,

v.

**LITE USA HOLDINGS, INC.**
**d/b/a LITE STORE USA,**
**a Florida for-profit corporation,**

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Lite USA Holdings, Inc. d/b/a Lite Store USA ("Defendant"), by and through its undersigned counsel, respectfully moves for an extension of time, up to and including November 16, 2022, to respond to Plaintiff's Complaint, and states the following in support:

1. On September 29, 2022, Plaintiff filed the Complaint. (Doc. 1).

2. Defendant was served on October 5, 2022, and, as such, Defendant's deadline to respond to Plaintiff's Complaint is currently October 26, 2022.

3. Defendant only recently retained the undersigned counsel in this matter.

4. Defendant and the undersigned counsel are in the process of reviewing the issues raised in Plaintiff's Complaint and gathering information relevant to the response and defense of this matter.

5. For the foregoing reasons, Defendant respectfully requests additional time to file its response to Plaintiff's Complaint.

6. Defendant has conferred with Plaintiff's counsel regarding the extension of time to respond to the Complaint, as requested herein, and Plaintiff has no objection to the requested extension.

## **MEMORANDUM OF LAW**

The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendant's request for an extension is made in good faith and does not prejudice Plaintiff. In fact, Plaintiff agrees to the proposed extension. Permitting the extension will enable Defendant to develop a response to the allegations in the Complaint following analysis of the relevant files and possibly discuss early resolution of the case. For these reasons, Defendant requests that the Court extend the deadline to respond to the Complaint.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for Defendant hereby certifies that she has conferred with Plaintiff's counsel regarding this motion and that Plaintiff does not oppose the relief requested herein.

WHEREFORE, Defendant, Lite USA Holdings, Inc. d/b/a Lite Store USA, respectfully requests an extension of time, up to and including November 16, 2022, to respond to Plaintiff's Complaint.

Dated this 25th day of October, 2022.

    Respectfully submitted,

    SPIRE LAW, PLLC
    2572 W. State Road 426, Suite 2088
    Oviedo, Florida 32765

    By: */s/ Alyssa Castelli*
    Alyssa Castelli
    Florida Bar No. 1032306
    Jesse I. Unruh, Esq.
    Florida Bar No. 93121
    alyssa@spirelawfirm.com
    jesse@spirelawfirm.com
    marcela@spirelawfirm.com
    filings@spirelawfirm.com

    Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October 2022, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Roderick V. Hannah, Esq., RODERICK V. HANNAH, ESQ., P.A., 4800 N. Hiatus Road, Sunrise, FL 33351, at rhannah@rhannahlaw.com, and Plaintiff's co-counsel, Pelayo M. Duran, Esq. LAW OFFICE OF PELAYO DURAN, P.A., 4640 N.W. 7th Street, Miami, FL 33126-2309, at duranandassociates@gmail.com.

*/s/ Alyssa Castelli*
Attorney