## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**NELSON FERNANDEZ,**

                                                **Case No.** 9:22-cv-81512-AMC

        Plaintiff,

v.

**LITE USA HOLDINGS, INC.**
**d/b/a LITE STORE USA,**
**a Florida for-profit corporation,**

        Defendant.

_____/

### PROPOSED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS MATTER is before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED, and Defendant shall respond to Plaintiff's Complaint on or before November 16, 2022.

**DONE AND ORDERED** this \_\_\_ day of _____ 2022, in Chambers of the United States District Court for the Southern District of Florida.

                                     _____

                                     THE HONORABLE AILEEN M. CANNON
                                     United States District Judge

cc: Counsel of Record