UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**NELSON FERNANDEZ**,

      Plaintiff,                                                    CASE NO. 9:22-cv-81512-AMC

vs.

**LITE USA HOLDINGS, INC.**
**d/b/a LITE STORE USA,**
**a Florida for-profit corporation,**

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

      Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, and Defendant LITE USA HOLDINGS, INC. d/b/a LITE STORE USA, by and through its undersigned Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a Notice of Voluntary Dismissal with Prejudice.

      DATED: November 16, 2022.

      Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**SPIRE LAW PLLC**
Counsel for Defendant
2572 West State Road 426, Suite 2088
Oveido, FL 32765
(407) 494-0135
alyssa@spirelawfirm.com
jesse@spirelawfirm.com

By  */s/ Alyssa Castelli*
      ALYSSA CASTELLI
      Fla. Bar No. 1032306
      JESSE I. UNRUH
      Fla. Bar No. 93121