UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81512-CIV-CANNON

NELSON FERNANDEZ,

    Plaintiff,

v.

LITE USA HOLDINGS, INC.,

    Defendant.
_____/

## ORDER DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 11], filed on December 21, 2022. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiffs prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITH PREJUDICE**, effective December 21, 2022, the date on which Plaintiffs filed the Notice of Voluntary Dismissal [ECF No. 11].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of December 2022.

                                                **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record